473 A.2d 674

Commonwealth v. Wormley, Appellant.

Submitted October 19, 1983. William T. Cannon, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, BECK and MONTEMURO, JJ.

The judgment of sentence of the learned Philadelphia County Common Pleas Court Judge John A. Geisz is affirmed.